IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2011 APR 11 PM 2:32
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: KRAYNIK, TAMMY LYNN
KRAYNIK, JOSEPH

CASE NO: 09-50315

CHAPTER 7

Debtor(s)

HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. A good faith effort has been made to contact the creditor. A stop payment has been issued on the checks remaining unpaid. The name of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #8    Washington Mutual Card Srcvs    $411.28
                  fka Providian Financial
                  PO Box 660487
                  Dallas TX 75266-0487

2. Your trustee's check for $411.28 to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

ck # 2024
receipt # 82275

Date: April 4, 2011

Richard A. Wilson
Chapter 7 Trustee
1221 S. Water Street
Kent, Ohio 44240
Phone: 330-678-2850
Buckey56@sbcglobal.net