IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: KRAYNIK, TAMMY LYNN
KRAYNIK, JOSEPH

CASE NO: 09-50315

CHAPTER 7

Debtor(s)

HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. A good faith effort has been made to contact the creditor. Checks have been dispersed for 90 days and are declared stale. A stop payment has been issued on the checks remaining unpaid. The name of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | | |
|---|---|---|
| Claim#10 | Matt Pitsinger<br>C/O Attorney Jennifer Young<br>471 High Meadow Road<br>Amherst, Ohio 44001 | $40.81 |
| Claim#11 | Roger Herrington<br>C/O Attorney Jennifer Young<br>471 High Meadow Road<br>Amherst, Ohio 44001 | $512.22 |
| Claim #12 | Robert Coffman<br>C/O Attorney Jennifer Young<br>471 High Meadow Road<br>Amherst, Ohio 44001 | $273.53 |

826.56

2. Your trustee's check for $826.56 to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

CR # 2025
receipt # 82415

Date: June 16, 2011

Richard A. Wilson
Chapter 7 Trustee
1221 S. Water Street
Kent, Ohio 44240
Phone: 330-678-2850
Buckey56@sbcglobal.net